

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-16-00375-CV

## IN RE DARYL MOTLEY

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relator Daryl Motley's petition for writ of mandamus is denied. Accordingly,

Relator's motion for emergency stay pending mandamus is dismissed as moot.


                                        REX D. DAVIS
                                        Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed January 11, 2017
[OT06]